```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0029--CR (JWS)
                          "USA V CAPRICE M. SIMMONS"
                          DEF 1.1 SIMMONS, CAPRICE M.

    In public format, including terminated defendants; excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 03/15/02
              Closed: 11/22/02
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Mary C. Geddes
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3408
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Daniel R. Cooper
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-2344
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 SIMMONS, CAPRICE M.
```

| Document | Count | Citation and Description | Disposition |
| --- | --- | --- | --- |
| 1 - 1 INF | 1 | 18:1347 HEALTH CARE FRAUD (F) | Sentenced (37-1) |
| 1 - 1 INF | 2 | 18:669(a) THEFT IN CONNECTION WITH HEALTH CARE (F) | Sentenced (37-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0029--CR (JWS)
                              "USA V CAPRICE M. SIMMONS"

                       In public format, for all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 03/15/02
          Closed: 11/22/02
No. of Defendants: 1


 Document #    Filed      Docket text

     1 -    1  03/15/02   [Re: DEF 1] PLF 1 Information.

  NOTE -    1  03/18/02   Issued: Summons.

     2 -    1  03/18/02   [Re: DEF 1] JDR Minute Order re Arr on Info set for 4/22/02 at 9:30 a.m.
                          cc: USA, USM, USPO, C. Simmons w/USM cy

     3 -    1  04/01/02   USM Return of summons re: DEF 1 unexecuted.

     4 -    1  04/02/02   [Re: DEF 1] JDR Minute Order that summons has been returned unexecuted.
                          ARR set for 4/22/02 at 9:30am is VACATED. Govt directed to provide crt
                          w/address w/i 30 days.  ARR will be reset and summons reissued upon
                          clerk's receipt of this address. cc: USA, USM, PO

     5 -    1  04/11/02   [Re: DEF 1] PLF 1 Notice re: correct address.

  NOTE -    2  04/12/02   Issued: Summons.

     6 -    1  04/12/02   [Re: DEF 1] JDR Minute Order re Arr set for 5/20/02 at 9:30 a.m. cc:
                          USA, USM, USPO, C. Simmons w/USM cy

     7 -    1  04/29/02   USM Return of summons re: DEF 1 executed on 4/25/02.

     8 -    1  05/20/02   [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] ARR on Felony Information
                          (held 9/20/02). Financial Aff: FILED. FPD accepted appointment; prelim
                          hrg set for 6/7/02 at 10 am before MJ Pallenberg; bond set at PR; Order
                          of PR FILED; Order setting conditions of release FILED. Off record
                          prelim hrg reset for 3:30pm. cc: USA, FPD, USM, PO, MJ Pallenberg

     9 -    1  05/20/02   DEF 1 Financial Affidavit

    10 -    1  05/20/02   [Re: DEF 1] JDR Order of Personal Recognizance. cc: USM, FPD, USM, PO

    11 -    1  05/20/02   [Re: DEF 1] Order setting conditions of release. DEF released on OR. cc:
                          USM, PO, USA, FPD

    12 -    1  05/20/02   [Re: DEF 1] JDR Minute Order re prelim hrg set for 6/7/02 at 3:30 p.m.
                          before MJ Pallenberg is VACATED & RESET for 6/7/02 at 10:00 a.m before
                          MJ Branson. cc: USA, FPD, USM, USPO, MJ Pallenberg, MJ Branson

    13 -    1  06/06/02   DEF 1 motion to waive and vacate preliminary hearing (filed on shortened
                          time) w/att aff and waiver of prelim exam/hrg.

    14 -    1  06/07/02   [Re: DEF 1] AHB Order granting motion to waive and vacate preliminary
                          hearing (filed on shortened time) (13-1). cc: USA, FPD, USM, USPO

    15 -    1  07/02/02   [Re: DEF 1] JDR Minute Order re no Waiver of Indt having been fld, govt
                          to file a status report due 7/10. cc: USA, FPD, USPO, Judge Sedwick
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A02-0029--CR (JWS)
                    "USA V CAPRICE M. SIMMONS"
```

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 16 | - 1 | 07/09/02 | DEF 1 Notice of intent to waive indictment |
| 16 | - 2 | 07/09/02 | DEF 1 motion for an order setting a hrg to waive indictment on shortened time. |
| NOTE | - 3 | 07/10/02 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 17 | - 1 | 07/10/02 | [Re: DEF 1] JDR Order granting motion for an order setting a hrg to waive indictment on shortened time (16-2). EOP hrg set for 7/11/02 at 11:00 a.m. cc: USA, FPD, USM, USPO, Judge Sedwick |
| NOTE | - 4 | 07/12/02 | Issued: Speedy Trial Notice to Judge Sedwick. cc: P. Richter |
| 18 | - 1 | 07/12/02 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter/Caroline Edmiston] re Hrg re Waiver of Ind/Cont Arr hld 7/11/02; waiver of Indt fld; def pled not guilty; PTM's due 7/26/02; cnsl advised of trial date 9/12/02; cond's of rel to remain as prev set. cc: USA, FPD, USM, USPO, Judge Sedwick |
| 19 | - 1 | 07/12/02 | [Re: DEF 1] Waiver of indictment. |
| 20 | - 1 | 07/12/02 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 7/26/02; cnsl to meet & confer by 7/12/02. cc: USA, FPD |
| 21 | - 1 | 07/16/02 | [Re: DEF 1] JWS Minute Order setting TBJ on 9/12/02 at 9:00 a.m. and FPTC for 9/12/02 at 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 22 | - 1 | 07/23/02 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 23 | - 1 | 09/06/02 | DEF 1 Notice of Intent to change plea. |
| 24 | - 1 | 09/09/02 | [Re: DEF 1] JWS Minute Order setting PCOP hrg on 9/12/02 at 8:30 a.m.; 9/12/02 FPTC and TBJ vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 25 | - 1 | 09/10/02 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 26 | - 1 | 09/12/02 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re PCOP; plead guilty to cts 1 and 2 of the Info; IOS set for 11/21/02 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 27 | - 1 | 09/18/02 | DEF 1 motion for review of amendment of release order w/att aff and exh. |
| 28 | - 1 | 09/26/02 | DEF 1 motion for order staying MJ's order pending motion for review of amendment of release w/att aff. |
| 28 | - 2 | 09/26/02 | DEF 1 motion for consideration on shortened time re 28-1. |
| 29 | - 1 | 09/26/02 | [Re: DEF 1] JDR Order granting motion for order staying MJ's order pending motion for review of amendment of release (28-1), motion for consideration on shortened time re 28-1 (28-2). cc: USA, FPD, Judge Sedwick |
| 30 | - 1 | 10/03/02 | [Re: DEF 1] JWS Minute Order denying motion for review of amendment of release order (27-1)/dismissing appeal; issue of 3rd pty notification remanded to MJ Roberts; PO shall not notify employer unless MJ approves notice. cc: USA, FPD, USPO, MJ Roberts |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0029--CR (JWS)
                              "USA V CAPRICE M. SIMMONS"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 31 - 1 | 10/04/02 | [Re: DEF 1] JDR Minute Order that PO not notify def's employer about pendency of case prior to judg unless otherwise ordered by crt.  cc: USA, FPD, USM, PO |
| 32 - 1 | 11/14/02 | DEF 1 Sentencing Memorandum w/att exh. |
| 33 - 1 | 11/16/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 34 - 1 | 11/18/02 | DEF 1 Notice of lodging w/att letters. |
| 35 - 1 | 11/19/02 | DEF 1 Notice of lodging w/att letter. |
| 36 - 1 | 11/22/02 | [Re: DEF 1] JWS Court Minutes [ECR: Robin Carter] re: IOS held 11/21/02; def sentenced to 15 mos in prison, 36 mos SR; $200 SA; $129,454.15 restitution; def shall surrender to the U.S. Marshal as notified by Probation Service. |
| 37 - 1 | 11/22/02 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1,2 of the Information (1-1). Imprisonment for a term of 15 months, def to surrender to the USM as notified by the PO. SR 3 years w/special conditions; SA $200.00; Restitution $129,454.15 to be paid on a schedule to be determined by the USPO.  Fine waived.  cc: USA, FPD, USM, USPO, MJ Roberts, FLU, Def w/cnsl cy |
| 38 - 1 | 12/12/02 | DEF 1 Unopposed motion to correct judgment w/att aff. |
| 39 - 1 | 12/13/02 | [Re: DEF 1] JWS Minute Order granting unopposed motion to correct judgment (38-1) to reflect self-surrender at designated institution rather than USM. cc: cnsl |
| 40 - 1 | 12/17/02 | [Re: DEF 1] JWS Judgment (Amended); pled guilty to cts 1 and 2 of Info; sentenced to 15 mos; def to self-surrender at institution designated by Bureau of Prisons; 36 mos SR; $200.00 SA; $129,454.15 in restitution to Ak Public Utilities Insurance Trust. cc: USA, FPD, USM, USPO, Def w/cnsls cy, FLU, MJ Roberts |
| 41 - 1 | 12/30/02 | [Re: DEF 1] Partial Transcript re: IOS held 11/21/02. |
| 42 - 1 | 02/18/03 | USM Return of svc of judgment re: DEF 1  executed on 1/9/03 to FDC SEattle at SeaTac, WA. |
| 43 - 1 | 02/18/03 | USM Return of svc of amended judgment re: DEF 1 executed on 1/9/03 to BOP at FDC SeaTac, WA. |
| NOTE - 5 | 04/29/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 44 - 1 | 04/29/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 45 - 1 | 10/30/03 | USM Return of svc on writ of garnishment on PFD re: DEF 1 partially satifying in the amount of $783.44 (receipt # 00121675) on 5/02/03. |
| 46 - 1 | 11/26/03 | PLF 1 motion to release attached PFD funds. |
| 47 - 1 | 12/03/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds (46-1). cc: USA, FPD, Finance |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0029--CR (JWS)
                            "USA V CAPRICE M. SIMMONS"

                      In public format, for all filing dates


Document #   Filed       Docket text

NOTE -   6   06/01/04    Issued: writ of execution re: DEF 1 on PFD.

  48 - 604   06/01/04    [Re: DEF 1]  PLF 1 Application re: Writ of Execution on PFD.

  49 -   1   01/14/05    USM Return of svc on writ of execution re:DEF 1 on FPD no funds.

  50 -   1   04/06/05    [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

NOTE -   7   04/11/05    Issued: writ of execution re: DEF on PFD.
```