Scott Hendricks Leuning, Esq.
CLAPP, PETERSON,
VAN FLEIN, TIEMESSEN & THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9273
shl@cplawak.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPRICE M SIMMONS )<br>)<br>Defendant. ) | Case No. A02-0029 CR (JWS) |

**NOTICE OF SATISFACTION OF RESTITUTION ORDER**

Defendant Caprice M. Simmons, through her counsel of record in the civil case of *Gifford, et al. v. Calco, Inc., et al.*, Case No. A03-019 CV (RRB), gives notice to this Honorable Court that a settlement has been reached in that case and that the terms of that settlement include payment and satisfaction of the restitution order of $129,654.15 that was issued as part of the Amended Judgment entered against Caprice M. Simmons on December 17, 2002 in the case-at-bar. A copy of the signed Settlement Agreement and Release of Claims, which specifies the satisfaction of the restitution judgment in paragraph 4, as well as a copy of the

Notice of Satisfaction of Restitution Order
Gifford v. SIMMONS, Case No. A03-0019 CV
Page 1 of 2

signed Stipulation for Dismissal, and Order for Dismissal, is attached as Exhibit A. Pursuant to the terms of the Settlement Agreement and Release of Claims, it is requested that the Restitution Order be dismissed based upon the fact that payment of said restitution was satisfied under the terms of the settlement agreement reached in the civil lawsuit.

DATED at Anchorage, Alaska, this 5th day of July, 2006.

        s/   Scott Hendricks Leuning
        CLAPP, PETERSON, VAN FLEIN
        TIEMESSEN & THORSNESS, LLC
        Attorneys for Plaintiffs
        711 H Street, Suite 620
        Anchorage, Alaska 99501-3454
        Tel: (907) 272-9272
        Fax: (907) 272-9586
        (907) 272-9272
        usdc-anch-ntc@cplawak.com
        Attorneys for Plaintiffs

### Certificate of Service

I hereby certify that on July 5, 2006 a copy of the foregoing document was served electronically on daniel.cooperjrusdoj.gov and mike_dieni@fd.org.

s/Barbara Pauli

Notice of Satisfaction of Restitution Order
Gifford v. SIMMONS, Case No. A03-0019 CV
Page 2 of 2