DOUGLAS S. PARKER
PRESTON GATES & ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1937
Telephone: (907) 276-1969

Attorneys for Calco Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICK GIFFORD, JOHN GRUBICH and
TOM HEALY, as fiduciaries of and solely for
the benefits of the ALASKA PUBLIC
UTILITIES INSURANCE TRUST,

                       Plaintiffs,

v.

CALCO, INC., D. BAILEY "CAL"
CALVIN, JR., DIANA STEWART, and
CAPRICE SIMMONS,

                       Defendants.

Case No. A03-019 CV (RRB)

**STIPULATED DISMISSAL AND ORDER**

The parties in the above-captioned action, by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that the above-captioned action, and each and every portion thereof, including all claims and counterclaims asserted by any party, have been fully settled and may now be dismissed with prejudice, and without costs or attorneys' fees to any party.

The parties request that this Court enter the Order set forth below dismissing all

STIPULATED DISMISSAL AND ORDER
*Gifford, et al v. Calco, Inc., et al.*; A03-0019 CV (RRB)
Page 1 of 3

EXHIBIT D
PAGE 1 OF 3

EXHIBIT A
PAGE 11 OF 13

claims and counterclaims asserted by any party that were brought in this action.

Dated at Anchorage, Alaska, this 26th day of May, 2006.

PRESTON GATES & ELLIS LLP

ASA 9611064

By: _____
For: Douglas S. Parker, Alaska Bar No. 8311168
Attorneys for Calco, Inc.; D. Bailey
"Cal" Calvin, Jr. and Diana Stewart

LAW OFFICES OF MICHAEL J. SCHNEIDER, P.C.

By: _____
Michael J. Schneider, Alaska Bar No. 7510088
Attorneys for Plaintiffs

CLAPP PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC

By: _____
Scott Hendricks-Leuning, Alaska Bar No. 9708049
Attorneys for Caprice Simmons

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

STIPULATED DISMISSAL AND ORDER
*Gifford, et al v. Calco, Inc., et al.*; A03-0019 CV (RRB)
Page 2 of 3

EXHIBIT V
PAGE 2 OF 3

EXHIBIT A
PAGE 12 OF 13

## ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled court, and the Court, having been fully advised in all matters, pursuant to the foregoing stipulation, does herewith:

ORDER, ADJUDGE AND DECREE that the above-entitled action, and each and every portion thereof, and each and every cause of action arising from the matters which are the subject matter of the above-entitled suit, including all claims and counterclaims asserted by any party, are dismissed with prejudice and without costs or attorneys' fees to any party.

SO ORDERED.

Dated this __5__ day of __June__, 2006.

_____
Honorable Ralph R. Beistline
United States District Court

PRESTON GATES & ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1937
TELEPHONE: (907) 276-1969

STIPULATED DISMISSAL AND ORDER
*Gifford, et al v Calco, Inc., et al.*; A03-0019 CV (RRB)
Page 3 of 3

EXHIBIT __D__
PAGE __3__ OF __3__

EXHIBIT __A__
PAGE __13__ OF __13__