PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**United States District Court**
for the
District of Alaska



FEB 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.    Case No.    3:02CR00291 JWS

Caprice Simmons

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 8, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard                    Date
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___8th___ day of ___February___, 2007.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge